UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELE PATTERSON,

                Plaintiff,

    - against -

KROLL BOND RATING AGENCY, LLC,

                Defendant.

---

24-cv-7060 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **November 18, 2024.**

SO ORDERED.

Dated:    New York, New York
            **November 4, 2024**

                                        John G. Koeltl
                                  **United States District Judge**